# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 2326

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −30)

On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for
the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant
to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 217 additional action(s) have
been transferred to the Southern District of West Virginia. With the consent of that court, all such
actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Southern District of West Virginia and assigned
to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with
the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk
shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 24, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

JUL 2 4 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

By

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 2326

## SCHEDULE CTO−30 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

CALIFORNIA EASTERN

| CAE | 1 | 12−01141 | Carroll v. Boston Scientific Corporation |
|------|------|---------|--------------|